FID 215338

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

RECEIVED
UNITED STATES MARSHAL
13 JUN -5 PM 3: 13
SOUTHERN DIST. S/TX

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 4:10-cr-645-3 |
| Christine Nicole Pavlock | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Christine Nicole Pavlock
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ■ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Violation of Supervised Release Conditions.

COPY

Date: 06/05/2013

_____
*Issuing officer's signature*

City and state: Houston, Texas

K. Picota-Judicial Support Specialist
*Printed name and title*

COPY

### Return

This warrant was received on *(date)* 05 JUNE, 2013, and the person was arrested on *(date)* 12 JUN 13
at *(city and state)*

Date: 12 JUN 13

_____
*Arresting officer's signature*

Dusn Judson Estes
*Printed name and title*

Name of Offender: Christine Nicole Pavlock
Case Number: 4:10CR00645-003
Page Number: 4

THE COURT ORDERS:

[ ] No Action

[✓] The Issuance of a Warrant, and no bond.

[ ] The Issuance of a Warrant, and a bond of $_____ cash/surety with supervision as directed by the Probation Officer as a condition of said bond.

[ ] The Issuance of a Summons.

[ ] Other:

Gray H. Miller
U. S. District Judge

6/5/13
Date