IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-mj-01093-KMT

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. CHRISTINE NICOLE PAVLOCK

  Defendant.
_____

**NOTICE OF APPEARANCE**
_____

  The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

        Respectfully submitted,

        WARREN R. WILLIAMSON
        Federal Public Defender, Interim


        s/ Virginia L. Grady
        VIRGINIA L. GRADY
        Assistant Federal Public Defender
        633 Seventeenth Street, Suite 1000
        Denver, Colorado  80202
        Telephone:   (303) 294-7002
        FAX:         (303) 294-1192
        Virginia.Grady@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2013, I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Ann Paluch
    Assistant U.S. Attorney
    Email: martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Christine Nicole Pavlock  (U.S. Mail)

    s/ Virginia L. Grady
    VIRGINIA L. GRADY
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:   (303) 294-7002
    FAX:             (303) 294-1192
    Virginia.Grady@fd.org
    Attorney for Defendant