IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Jeffrey P. Colwell,  Room A-105, Alfred A. Arraj U.S. Courthouse
CLERK OF COURT  901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

June 18, 2013

U.S. District Court, Southern District of Texas
515 Rusk Street, Room 5300
Houston, TX 77002-2600

Colorado Case Number: 13-mj-01093-KMT-1
Receiving Court Case Number: 4:10-cr-645-3
Christine Nicole Pavlock

Dear Clerk:

The above numbered case has been ordered transferred to your district pursuant to order of court.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov.  Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt by returning a date stamped copy of this letter noting the case number in your court in the enclosed envelope.

Very truly yours,
Jeffrey P. Colwell, Clerk

By: s/ C. Covington
    Deputy Clerk